# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6418 | **DATE** | 2/10/2009 |
| **CASE TITLE** | Justin Washington vs. Unifund CCR Partners, et al | | |

**DOCKET ENTRY TEXT**

Ruling held. Defendants' Rule 12(B)(6) motion to dismiss Plaintiff's complaint [19] denied without prejudice for the reasons explained in court. Defendant to Answer in 21 days. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 3/17/2009 at 9:00. Counsel are requested promptly to meet face-to-face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference.

Notices mailed by Judicial staff.

00:06

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

08C6418 Justin Washington vs. Unifund CCR Partners, et al    Page 1 of 1

Case 5:09-cv-00321-H    Document 22-4    Filed 10/22/2009    Page 1 of 1