UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:09-CV-321-H

| | |
|---|---|
| OSCAR ALBRITTON,<br><br>      Plaintiff,<br><br>     v.<br><br>SESSOMS & ROGERS, P.A., RICHARD J. DE GIACOMO, JR., and NORTH STAR CAPITAL ACQUISITIONS, LLC,<br><br>      Defendants. | **NOTICE OF CHANGE OF LAW FIRM** |

     PLEASE TAKE NOTICE of the following change in the appearance of Jeffrey M. Young as counsel of record for Defendants in the above-captioned civil action. Mr. Young will continue to represent the Defendants. Mr. Young formerly practiced with the law firm of Moore & Van Allen PLLC, and now practices with the law firm of Ellis & Winters LLP, with the following addresses and phone numbers:

| | |
|---|---|
| Mailing Address: | ELLIS & WINTERS LLP<br>Post Office Box 33550<br>Raleigh, North Carolina 27656 |
| Street Address: | ELLIS & WINTERS LLP<br>1100 Crescent Green, Suite 200<br>Cary, North Carolina 27511 |
| Telephone: | (919) 865-7000 |
| Facsimile: | (919) 865-7010 |
| E-mail: | jeff.young@elliswinters.com |

Respectfully submitted, this the 4th day of January, 2010.

        ELLIS & WINTERS LLP

        By: _/s/ Jeffrey M. Young_
         Jeffrey M. Young
         N.C. State Bar No. 21319

         Post Office Box 33550
         Raleigh, North Carolina 27656
         Telephone: (919) 865-7000
         Facsimile: (919) 865-7010

         Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, a copy of which will be served to the following:

    Angela O. Martin, Esq.
    Martin Attorney at Law, PLLC
    1911 Keller Andrews Road
    Sanford, NC 27330
    angela@angelamartinlaw.com

This the 4th day of January, 2010.

                                  By: /s/ Jeffrey M. Young
                                         Jeffrey M. Young
                                         N.C. State Bar No. 21319

                                         Post Office Box 33550
                                         Raleigh, North Carolina 27656
                                         Telephone: (919) 865-7000
                                         Facsimile: (919) 865-7010