IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CV-321-H

| | | |
|---|---|---|
| OSCAR ALBRITTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SESSOMS AND ROGERS, P.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the motion to allow withdrawal and substitution of counsel filed on 30 December 2009 by defendants Sessoms and Rogers, P.A., Richard DeGiacomo, Jr., and North Star Capital Acquisitions, LLC ("defendants") (D.E. 25).

There being no opposition to the motion and for good cause shown, IT IS HEREBY ORDERED that:

(1) the motion is ALLOWED;

(2) the appearance of Dauna L. Bartley and the law firm of Moore & Van Allen PLLC as counsel for defendants is WITHDRAWN; and

(3) Jeffrey M. Young of the law firm of Ellis and Winters, LLP is SUBSTITUTED as counsel for defendants.

This, the 5th day of January, 2010.

James E. Gates
United States Magistrate Judge