UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:09-CV-321-H

| | |
|---|---|
| OSCAR ALBRITTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SESSOMS & ROGERS, P.A., RICHARD J. DE GIACOMO, JR., and NORTH STAR CAPITAL ACQUISITIONS, LLC,<br><br>    Defendants. | NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Dauna L. Bartley, of the law firm of Ellis & Winters LLP hereby gives notice of her appearance as counsel for Defendants in the above captioned matter and requests that copies of all notices, motions, and all other pleadings in this case be served upon her at the address below.

Respectfully submitted, this the 14th day of January, 2010.

ELLIS & WINTERS LLP

By: /s/ Dauna L. Bartley
Jeffrey M. Young
N.C. State Bar No. 21319
Dauna L. Bartley
N.C. State Bar No. 38016
dauna.bartley@ellliswinters.com
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, a copy of which will be served to the following:

    Angela O. Martin, Esq.
    Martin Attorney at Law, PLLC
    1911 Keller Andrews Road
    Sanford, NC  27330
    angela@angelamartinlaw.com

This the 14th day of January, 2010.

                                  By:  /s/ Dauna L. Bartley
                                          Dauna L. Bartley
                                          N.C. State Bar No. 38016

                                          Post Office Box 33550
                                          Raleigh, North Carolina  27636
                                          Telephone:  (919) 865-7000
                                          Facsimile:  (919) 865-7010