# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| OSCAR ALBRITTON,<br>      Plaintiff,<br>v.<br>SESSOMS & ROGERS, P.A.;<br>RICHARD J. De GIACOMO, JR.;<br>NORTH STAR CAPITAL<br>ACQUISITIONS, LLC; and JESSICA<br>SLED,<br>      Defendants. | JUDGMENT<br><br>No. 5:09-CV-321-H |

**Decision by Court.**

*Defendant Jessica Sled previously dismissed by Notice of Voluntary Dismissal filed on August 29, 2009.*

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' motion to dismiss is granted. Plaintiff shall have and recover nothing of the defendants and this case is closed.

<u>This Judgment Filed and Entered on August 3, 2010, with service on:</u>

Angela Orso Martin   (via CM/ECF Notice of Electronic Filing)

Jeffrey M. Young    (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| August 3, 2010 | DENNIS P. IAVARONE, CLERK<br>/s/ Lisa W. Lee<br>(By): Lisa W. Lee, Deputy Clerk |